**Opinion issued March 10, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-19-00766-CV**
_____

## IN RE ARNOLD BROWN, DBA ARNOLD BROWN CONSTRUCTION COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Arnold Brown, dba Arnold Brown Construction Company, filed a petition for writ of mandamus challenging the trial court's order striking relator's pleadings and entering an interlocutory judgment.[1] Relator argued that the trial court abused its discretion in imposing death penalty sanctions.

---

[1] The underlying case is *Monica Hawkins v. Arnold Brown dba Arnold Brown Construction Company, et al.*, cause number 2011-49521, pending in the 189th District Court of Harris County, Texas, the Honorable Scot Dollinger presiding.

Because the trial judge who signed the orders challenged in this proceeding is no longer on the bench, this Court issued an order for the successor judge to reconsider the previous judge's orders. *See* TEX. R. APP. P. 7.2(b). A supplemental clerk's record was filed on November 13, 2019 containing a new order signed by the successor judge vacating the portion of the prior order imposing death penalty sanctions and ordering the parties to file an agreed scheduling order with new deadlines for discovery and trial.

Accordingly, this Court issued an order advising relator that unless a response was filed within ten days the Court would consider dismissal of this petition as moot. No response was filed.

The petition is dismissed as moot. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Kelly.